**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**UNITED STATES v. ALLEN F. VARICE, Case No. 21-300**

---

# PETITION FOR
# WRIT OF HABEAS CORPUS

1. **ALLEN F. VARICE, DOB 8/03/1996, SBI # 268954G,** is now confined at the Essex County Jail.

2. Said individual will be required to appear via video conference before the United States District Court, Hon. Susan D. Wigenton, United States District Court Judge, in Newark, New Jersey, on **Wednesday, August 18, 2021 at 11:00 a.m**., for a sentencing hearing on the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: August 10, 2021

*/s/ Blake A. Coppotelli*

Blake A. Coppotelli
Assistant United States Attorney
Petitioner

---

# ORDER

Let the Writ Issue.

DATED: August 10, 2021

Hon. Susan D. Wigenton
United States District Court Judge

---

# WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Essex County Jail - WE COMMAND YOU, that you have the body of

**ALLEN F. VARICE, DOB 8/03/1996, SBI # 268954G**

now confined at the Essex County Jail, made available via video conference before the Hon. Susan D. Wigenton, United States District Court Judge, in Newark, NJ, on Wednesday, August 18, 2021 at 11:00 a.m., for a sentencing hearing in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Susan D. Wigenton
United States District Court Judge
Newark, New Jersey.

DATED: August 10, 2021

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: Carmen D. Soto
Deputy Clerk